UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 5, 2012
DCO-137-E

No. 12-3437

IN RE: TRIBUNE COMPANY

AURELIUS CAPITAL MANAGEMENT,
                        Appellant

(D. Del. No. 1-12-cv-01072)

Present: AMBRO, JORDAN and VANASKIE, Circuit Judges

1. Emergency Motion by Appellant for Stay of Bond Order and For Issuance of a Temporary Administrative Stay Pending Full Consideration and Disposition of this Stay Motion;

2. Response in Opposition by Appellee to Motion for Stay of Bond Order and For Issuance of a Temporary Administrative Stay Pending Full Consideration and Disposition of this Stay Motion;

3. Clerk's Submission for Possible Dismissal Due to Jurisdictional Defect;

4. Reply by Appellant to Appellees' Response to Motion for Stay of Bond Order and For Issuance of a Temporary Administrative Stay Pending Full Consideration and Disposition of this Stay Motion;

5. Sur-Reply by Appellees including a Suggestion that the Court Strike Appellant's Reply to Appellees' Response to Motion for Stay of Bond Order and for Issuance of a Temporary Administrative Stay Pending Full Consideration and Disposition of this Stay Motion.

                                                      Respectfully,
                                                      Clerk/mlr

_____ORDER_____
Appellant Aurelius Capital Management, L.P. seeks review of the District Court's order of August 27, 2012 denying the request to modify the Bankruptcy Court order granting a stay of the confirmation plan pending the posting of a $1.5 billion bond and denying a

request to extend the stay without the posting of a bond.  This order is not final or otherwise appealable as an injunction pursuant to 12 U.S.C. 1292(a)(1).  See 28 U.S.C. § 158(d)(1); In re: Trans World Airlines, Inc., 18 F.3d 208, 213-16 (3d Cir. 1994); see also Habitat Educ. Center v. U.S. Forest Serv., 607 F.3d 453, 456 (7th Cir. 2010) (citing cases).  Accordingly, the appeal is dismissed for lack of jurisdiction.  Appellant's emergency motion for stay of the bond order is dismissed as moot.  The motion to strike Appellant's Reply is denied.

                                                          By the Court,

                                                           s/ Thomas I. Vanaskie
                                                          Circuit Judge

Dated:  September 10, 2012
DWB/cc:

      William P. Bowden, Esq.
      Leigh-Anne M. Raport, Esq.
      Amanda M. Winfree, Esq.
      Norman L. Pernick, Esq.
      Pattrick J. Reilley, Esq.
      J. Kate Stickles, Esq.
      Adam G. Landis, Esq.
      Matthew B. McGuire, Esq.
      Howard Seife, Esq.
      Robert S. Brady, Esq.
      M. Blake Cleary, Esq.
      Mark D. Collins, Esq.
      Robert J. Stearn, Jr., Esq.